**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Waldo Alfaro dba All Decorative Concrete, LLC dba Smart Remodeling Solutions, LLC | CHAPTER 13 |
| | BKY. NO. 20-13619 ELF |
| Rositsa Manolcheva aka Rositsa Alfaro dba All Decorative Concrete, LLC | |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
14 Sep 2020, 14:40:23, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322