**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Waldo Alfaro dba All Decorative Concrete, LLC | CHAPTER 13 |
| Smart Remodeling Solutions, LLC dba All Decorate Concrete, LLC | BKY. NO. 20-13619 ELF |
| Rositsa Manolcheva aka Rositsa Alfaro dba All Decorative Concrete, LLC | |

Debtors

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Best Line Leasing, Inc. d/b/a Best Line Equipment and index same on the master mailing list.

                  Respectfully submitted,
                  **STUCKERT AND YATES**

        By:    /s/ Christopher S. Mahoney
               Christopher S. Mahoney, Esquire
               Attorney I.D. 321659
               2 North State Street
               Newtown, PA  18940
               215.968.4700

Document ID: 6b20a391150c9697da6a275a737d7948b70842b04bd05614fce9791eea5a9509