IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13

Waldo Alfaro & Rositsa Manolcheva        :CASE  NO.  20-13619-ELF

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 24th day of Sept., 2020, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED AND DECREED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to October 6, 2020.

_____
UNITED STATES BANKRUPTCY JUDGE
**ERIC L. FRANK**