United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Waldo Alfaro  
Rositsa Manolcheva  
    Debtors

Case No. 20-13619-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Stacey | Page 1 of 1 | Date Rcvd: Sep 24, 2020 |
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db/jdb       Waldo Alfaro,   Rositsa Manolcheva,   675 Eagle Rd.,   Newtown, PA  18940-2911

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:
        CAROL B. MCCULLOUGH   on behalf of Debtor Waldo  Alfaro mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
        CAROL B. MCCULLOUGH   on behalf of Joint Debtor Rositsa  Manolcheva mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
        CHRISTOPHER S. MAHONEY    on behalf of Creditor   Best Line Leasing, Inc. d/b/a Best Line Equipment cmahoney@stuckeryates.com
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

Waldo Alfaro & Rositsa Manolcheva :CASE NO. 20-13619-ELF

### ORDER GRANTING EXTENSION OF TIME
### TO FILE SCHEDULES AND STATEMENTS

AND NOW, this 24th day of Sept., 2020, upon consideration of the within APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS, it is hereby

ORDERED AND DECREED that the said APPLICATION is and it is hereby GRANTED, and the date by which Debtor's must file schedules and statements is extended to October 6, 2020.

UNITED STATES BANKRUPTCY JUDGE
**ERIC L. FRANK**