**Fill in this information to identify your case:**

Debtor 1      **Waldo Alfaro**
              First Name        Middle Name        Last Name

Debtor 2      **Rositsa Manolcheva**
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

Case number   **20-13619**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X   **/s/ Waldo Alfaro**                              X   **/s/ Rositsa Manolcheva**
    **Waldo Alfaro**                                      **Rositsa Manolcheva**
    Signature of Debtor 1                                 Signature of Debtor 2

    Date   **October  6, 2020**                           Date   **October  6, 2020**