## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-13619-ELF |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC | : Chapter 13 |
| d/b/a Smart Remodeling Solutions, LLC and | : |
| Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All | : |
| Decorative Concrete, LLC | : |
|           Debtors | : |
| | : |
| Legacy Mortgage Asset Trust 2020-GS1 c/o | : |
| Rushmore Loan Management Services, LLC | : |
|           Movant | : |
|          vs. | : |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC | : |
| d/b/a Smart Remodeling Solutions, LLC and | : |
| Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All | : |
| Decorative Concrete, LLC | : |
|           Debtor/Respondent | : |
|          and | : |
| William C. Miller, Esquire | : |
|           Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services, LLC ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Waldo Alfaro d/b/a All Decorative Concrete, LLC d/b/a Smart Remodeling Solutions, LLC and Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All Decorative Concrete, LLC ("Debtors"), as follows:

1. As of the bankruptcy filing date of September 08, 2020, Movant holds a secured Claim against the Debtors' property located at 675 Eagle Road, Newtown, PA 18940.

2. Movant is in the process of filing a Proof of Claim by the 11/16/2020 bar date, with an estimated secured claim in the amount of $516,388.14, and estimated pre-petition arrears in the amount of $9,391.29.

3. The Plan currently proposes payment to Movant in the amount of $0.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.    Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Dated: 11/04/2020

Respectfully submitted,

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-13619-ELF |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC | : Chapter 13 |
| d/b/a Smart Remodeling Solutions, LLC and | : |
| Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All | : |
| Decorative Concrete, LLC | : |
|          Debtors | : |
| | : |
| Legacy Mortgage Asset Trust 2020-GS1 c/o | : |
| Rushmore Loan Management Services, LLC | : |
|          Movant | : |
|       vs. | : |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC | : |
| d/b/a Smart Remodeling Solutions, LLC and | : |
| Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All | : |
| Decorative Concrete, LLC | : |
|          Debtor/Respondent | : |
|          and | : |
| William C. Miller, Esquire | : |
|          Trustee/Respondent | : |

### CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

    I, Antonio Bonanni, Esquire, attorney for Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services, LLC ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 11/04/2020:

Carol B. McCullough., Esquire
Via Electronic Filing
*Attorney for Debtors*

Waldo Alfaro
Rositsa Manolcheva
675 Eagle Road
Newtown, PA 18940
Via First Class Mail
*Debtors*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Date: 11/04/2020

    Respectfully Submitted,
/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com