# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 20-13619-ELF

WALDO  ALFARO
ROSITSA  MANOLCHEVA
675 EAGLE RD.

NEWTOWN, PA 18940

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  WALDO  ALFARO
  ROSITSA  MANOLCHEVA
  675 EAGLE RD.

  NEWTOWN, PA 18940

Counsel for debtor(s), by electronic notice only.

  CAROL B MCCULLOUGH
  65 W STREET RD
  SUITE A-204
  WARMINISTER, PA 18974-

Date: 12/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee