# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Chapter 13

WALDO  ALFARO                                   Bankruptcy No. 20-13619-ELF
ROSITSA  MANOLCHEVA
675 EAGLE RD.

NEWTOWN, PA 18940


       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
WALDO  ALFARO
ROSITSA  MANOLCHEVA
675 EAGLE RD.

NEWTOWN, PA 18940

**Counsel for debtor(s), by electronic notice only.**
CAROL B MCCULLOUGH
65 W STREET RD
SUITE A-204
WARMINISTER, PA 18974-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 2/11/2021                                                          /s/ William C. Miller

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee