# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-13619-ELF |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC d/b/a Smart Remodeling Solutions, LLC and Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All Decorative Concrete, LLC | : Chapter 13 : : : : |
| Debtors | : |
| | : |
| Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services, LLC | : : |
| Movant | : |
| vs. | : |
| Waldo Alfaro d/b/a All Decorative Concrete, LLC d/b/a Smart Remodeling Solutions, LLC and Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All Decorative Concrete, LLC | : : : : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN

TO THE CLERK:

    Please mark the Objection to Confirmation of the Plan, filed on November 04, 2020 as Doc. #24, as withdrawn without prejudice.

                                Respectfully submitted,

                                <u>/s / Antonio Bonanni, Esquire</u>
                                Antonio, Bonanni, Esquire
                                Hladik, Onorato & Federman, LLP
                                Attorney I.D. # 322940
                                298 Wissahickon Avenue
                                North Wales, PA 19454
                                Phone 215-855-9521
                                Email: abonanni@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Waldo Alfaro d/b/a All Decorative Concrete, LLC d/b/a Smart Remodeling Solutions, LLC and Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All Decorative Concrete, LLC<br>Debtors | : Bankruptcy No. 20-13619-ELF<br>: Chapter 13<br>:<br>:<br>:<br>:<br>: |
| Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services, LLC<br>Movant<br>vs.<br>Waldo Alfaro d/b/a All Decorative Concrete, LLC d/b/a Smart Remodeling Solutions, LLC and Rositsa Manolcheva d/b/a Rositsa Alfaro d/b/a All Decorative Concrete, LLC<br>Debtor/Respondent<br>and<br>William C. Miller, Esquire<br>Trustee/Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF MAILING

I, Antonio Bonanni, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on February 16, 2021.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Carol B. McCullough., Esquire
Via Electronic Filing
*Attorney for Debtors*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*
<u>/s / Antonio Bonanni, Esquire</u>

Waldo Alfaro
Rositsa Manolcheva
675 Eagle Road
Newtown, PA 18940
Via First Class Mail
*Debtors*

Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com