## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

    WALDO ALFARO : 20-13619
    ROSITSA MANOLCHEVA

## ORDER

AND NOW, this 23rd day of March 2021, upon consideration of the Debtor(s) Objection to the Proof of Claim of **PORTFOLIO RECOVERY ASSOCIATES, LLC** any response there to, and a hearing on the matter, it is hereby

**ORDERED** that the DEBTOR (S) OBJECTION TO THE PROOF OF CLAIM OF **PORTFOLIO RECOVERY ASSOCIATES, LLC** is SUSTAINED, and it is FURTHER **ORDERED** that the claim is **DISALLOWED**

_____
BANKRUPTCY JUDGE
**ERIC L. FRANK**