United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13619-elf |
| Waldo Alfaro | Chapter 13 |
| Rositsa Manolcheva | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waldo Alfaro, Rositsa Manolcheva, 675 Eagle Rd., Newtown, PA 18940-2911 |
| cr | + | Best Line Leasing, Inc. d/b/a Best Line Equipment, 2582 Gateway Drive, State College, PA 16801, UNITED STATES 16801-3019 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 25 2021 05:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 25 2021 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 25 2021 05:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services  LLC abonanni@hoflawgroup.com |
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Rositsa Manolcheva mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Waldo Alfaro mcculloughheisenberg@gmail.com  cbmccullough64@gmail.com |
| CHRISTOPHER S. MAHONEY | on behalf of Creditor Best Line Leasing  Inc. d/b/a Best Line Equipment cmahoney@stuckertyates.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

WALDO ALFARO : 20-13619
ROSITSA MANOLCHEVA

## ORDER

AND NOW, this 23rd day of March 2021, upon consideration of the Debtor(s) Objection to the Proof of Claim of **PORTFOLIO RECOVERY ASSOCIATES, LLC** any response there to, and a hearing on the matter, it is hereby

**ORDERED** that the DEBTOR (S) OBJECTION TO THE PROOF OF CLAIM OF **PORTFOLIO RECOVERY ASSOCIATES, LLC** is SUSTAINED, and it is FURTHER **ORDERED** that the claim is DISALLOWED

BANKRUPTCY JUDGE
**ERIC L. FRANK**