# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Waldo Alfaro dba All Decorative Concrete, LLC dba Smart Remodeling Solutions, LLC<br>    Rositsa Manolcheva aka Rositsa Alfaro dba All Decorative Concrete, LLC<br>        Debtor(s) | CHAPTER 13 |
| U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1, its successors and/or assigns<br>        Movant<br>    vs. | NO. 20-13619 ELF |
| Waldo Alfaro dba All Decorative Concrete, LLC dba Smart Remodeling Solutions, LLC<br>Rositsa Manolcheva aka Rositsa Alfaro dba All Decorative Concrete, LLC<br>        Debtor(s) | |
| William C. Miller Esq.<br>        Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1, which was filed with the Court on or about **December 8, 2020, docket number 30**.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: April 8, 2021