IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                  : CHAPTER 13

Waldo Alfaro and                                                : 20-13619 elf
Rositsa Manolcheva

## AMENDED CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, do hereby certify that I did make service of the Debtor's 9th Amended Plan dated May 3, 2021 to all interested parties on this 3rd day of May 2021 by ecf notification or by first class mail, postage prepaid.

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Waldo Alfaro and
Rositsa Manolcheva
675 Eagle Road
Newtown, PA 18940

Best Line Leasing, Inc.
c/o Christopher Mahoney, Esq.
2 N. State Street
Newtown, PA 18940

PA Department of Revenue
Bankruptcy Department
P.O. Box 280946
Harrisburg, PA 17128-0946

Antonio Bonanni, Esq.
Hladick, Onorato & Federman, LLP
2989 Wissahickon Avenue
North Wales, PA 19454

Internal Revenue Service

Bankruptcy Department
600 Arch Street
Philadelphia, PA 19106

Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Quantum3 Group, LLC as agent for
Cognical Holdings, Inc.
P.O. box 788
Kirkland, WA 98083-0788

*[signature]*