**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | WALDO ALFARO | : | Chapter 13 |
| | ROSITSA MANOLCHEVA, | : | |
| | | : | |
| | Debtors | : | Bky. No. 20-13619 ELF |

# O R D E R

**AND NOW,** upon consideration of Debtor's Counsel's Certification (Doc # 80), and for the reasons stated in court on **May 4, 2021,** it is hereby **ORDERED** that:

1. The hearing on confirmation scheduled on **June 1, 2021, at 1:00 p.m. is CANCELED**.

2. By separate order, the Debtors' most recently filed chapter 13 will be confirmed.

3. The Chapter 13 Trustee's Motion to Dismiss Case is **DENIED**.

**Date: May 7, 2021**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**