**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **WALDO ALFARO** | : | **Chapter 13** |
| | **ROSITSA MANOLCHEVA,** | : | |
| | | : | |
| | **Debtors** | : | **Bky. No. 20-13619 ELF** |
| | | : | |

**ORDER CONFIRMING PLAN UNDER CHAPTER 13**

    **AND NOW**, upon consideration of the plan submitted by the debtors under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A.    a meeting of creditors upon notice pursuant to 11 U.S.C. 341(a) and a confirmation hearing upon notice having been held;

    B.    the plan complies with the provisions of 11 U.S.C. §§1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C.    any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

    **WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED.**

**Date: May 7, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**