## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WALDO ALFARO | : | CHAPTER 13 |
| ROSITSA MANOLCHEVA | : | |
| Debtor | : | BANKRUPTCY NO. 20-13619 |

### AMENDED CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of Debtor's Motion to Approve Purchase Nunc Pro Tunc with Notice on all parties of interest by email, as follows on this 27th day of March, 2024:

Legacy Mortgage Asset Trust
c/o Denise Carlon, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Best Line Leasing, Inc. d/b/a/ Best Line Equipment
c/o Christopher Mahoney, Esquire
Stuckert and Yates
2 N. State Stret
Newtown, 18940
CMahoney@stuckertyates.com

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Bankruptcy@JCAP.com

PA Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128
tawashingt@pa.gov

Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788
claims@quantum3group.com

Department of Treasury – Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Victoria.G.Mosby@irs.gov

/s/ Carol B. McCullough
CAROL B. MCCULLOUGH, ESQUIRE
Attorney for Debtors

Dated: March 27, 2024

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor