## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WALDO ALFARO | : | CHAPTER 13 |
| ROSITSA MANOLCHEVA | : | |
| Debtor | : | BANKRUPTCY NO. 20-13619 |

### Second AMENDED CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, hereby certify that I am the attorney for the Debtors in the above-captioned matter and that I have sent copies of Debtor's Motion to Approve Purchase Nunc Pro Tunc with Notice on all parties of interest by email, ECF or regular mail, as follows on this 27th day of March, 2024:

Legacy Mortgage Asset Trust
c/o Denise Carlon, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com

Best Line Leasing, Inc. d/b/a/ Best Line Equipment
c/o Christopher Mahoney, Esquire
Stuckert and Yates
2 N. State Stret
Newtown,18940
CMahoney@stuckertyates.com

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617
Bankruptcy@JCAP.com

PA Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg, PA 17128

Quantum3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788
claims@quantum3group.com

Department of Treasury – Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

/s/ Carol B. McCullough
CAROL B. MCCULLOUGH, ESQUIRE
Attorney for Debtors

Dated: March 27, 2024

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor