IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
WALDO ALFARO : CASE NO. 20-13619AMC
ROSITSA MANOLCHEVA :

## ORDER

AND NOW, this 1st day of May, 2024, upon consideration of the Debtor's Motion to Approve Purchase of Real Property located at 31 Lambertville Headquarters Road, Lambertville, NJ 08530 and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that Debtors' Motion to Approve Purchase of Real Property located at 31 Lambertville Headquarters Road, Lambertville, NJ 08530 is hereby GRANTED.

BY THE COURT:

_____
JUDGE  Ashely M. Chan