United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Waldo Alfaro  
Rositsa Manolcheva  
    Debtors

Case No. 20-13619-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 01, 2024      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waldo Alfaro, Rositsa Manolcheva, 675 Eagle Rd., Newtown, PA 18940-2911 |
| cr | + | Best Line Leasing, Inc. d/b/a Best Line Equipment, 2582 Gateway Drive, State College, PA 16801, UNITED STATES 16801-3019 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 02 2024 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 02 2024 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

**Name**      **Email Address**

ANTONIO G. BONANNI  
     on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC  
     antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 01, 2024 | Form ID: pdf900 | Total Noticed: 4 |

CAROL B. MCCULLOUGH
  on behalf of Debtor Waldo Alfaro mcculougheisenberg@gmail.com
  cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

CAROL B. MCCULLOUGH
  on behalf of Joint Debtor Rositsa Manolcheva mcculougheisenberg@gmail.com
  cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

CHRISTOPHER S. MAHONEY
  on behalf of Creditor Best Line Leasing Inc. d/b/a Best Line Equipment cmahoney@stuckertyates.com

DENISE ELIZABETH CARLON
  on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage
  Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com

KARINA VELTER
  on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC
  karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KARINA VELTER
  on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
  Mortgage Asset Trust 2020-GS1 karina.velter@powerskirn.com bankruptcy@powerskirn.com

KENNETH E. WEST
  ecfemails@ph13trustee.com philaecf@gmail.com

PAUL H. YOUNG
  on behalf of Debtor Waldo Alfaro support@ymalaw.com
  ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
  ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SARAH K. MCCAFFERY
  on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 smccaffery@pincuslaw.com ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
  on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
  Mortgage Asset Trust 2020-GS1 smccaffery@pincuslaw.com ckohn@hoflawgroup.com

SARAH K. MCCAFFERY
  on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC
  smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

WALDO ALFARO : CASE NO. 20-13619AMC
ROSITSA MANOLCHEVA :

## ORDER

AND NOW, this 1st day of May, 2024, upon consideration of the Debtor's Motion to Approve Purchase of Real Property located at 31 Lambertville Headquarters Road, Lambertville, NJ 08530 and a hearing on the matter, it is

HEREBY ORDERED AND DECREED that Debtors' Motion to Approve Purchase of Real Property located at 31 Lambertville Headquarters Road, Lambertville, NJ 08530 is hereby GRANTED.

BY THE COURT:

JUDGE  Ashely M. Chan