*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Waldo Alfaro and Rositsa Manolcheva
    Debtor(s)

Case No: 20–13619–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Settling Motion for Relief Filed by DANIELLE BOYLE–EBERSOLE on behalf of Legacy Mortgage Asset Trust 2020–GS1

    on: 7/9/24

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  6/21/24

Timothy B. McGrath
Clerk of Court

106 – 104
Form 167