United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 20-13619-amc
Waldo Alfaro   Chapter 13
Rositsa Manolcheva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Jun 21, 2024      Form ID: 167      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waldo Alfaro, Rositsa Manolcheva, 675 Eagle Rd., Newtown, PA 18940-2911 |
| cr | + | Best Line Leasing, Inc. d/b/a Best Line Equipment, 2582 Gateway Drive, State College, PA 16801, UNITED STATES 16801-3019 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name**      **Email Address**

ANTONIO G. BONANNI
     on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com

CAROL B. MCCULLOUGH
     on behalf of Debtor Waldo Alfaro mccullougheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

CAROL B. MCCULLOUGH
     on behalf of Joint Debtor Rositsa Manolcheva mccullougheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

CHRISTOPHER S. MAHONEY
     on behalf of Creditor Best Line Leasing  Inc. d/b/a Best Line Equipment cmahoney@stuckertyates.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 21, 2024 | Form ID: 167 | Total Noticed: 2 |

**DANIELLE BOYLE-EBERSOLE**
on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 dboyle-ebersole@hoflawgroup.com PABKAttorneyecf@orlans.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com

**KARINA VELTER**
on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com

**KARINA VELTER**
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS1 karina.velter@powerskirn.com bankruptcy@powerskirn.com

**KENNETH E. WEST**
ecfemails@ph13trustee.com philaecf@gmail.com

**PAUL H. YOUNG**
on behalf of Debtor Waldo Alfaro support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

**PAUL H. YOUNG**
on behalf of Joint Debtor Rositsa Manolcheva support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

**SARAH K. MCCAFFERY**
on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 smccaffery@pincuslaw.com ckohn@hoflawgroup.com

**SARAH K. MCCAFFERY**
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS1 smccaffery@pincuslaw.com ckohn@hoflawgroup.com

**SARAH K. MCCAFFERY**
on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Waldo Alfaro and Rositsa Manolcheva
    Debtor(s)

Case No: 20−13619−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Settling Motion for Relief Filed by DANIELLE BOYLE−EBERSOLE on behalf of Legacy Mortgage Asset Trust 2020−GS1

on: 7/9/24

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 6/21/24

Timothy B. McGrath
Clerk of Court

106 − 104
Form 167