**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-13619-amc |
| Waldo Alfaro | : Chapter 13 |
| dba All Decorative Concrete, LLC | : |
| dba Smart Remodeling Solutions, LLC | : |
| Rositsa Manolcheva | : |
| aka Rositsa Alfaro | : |
| dba All Decorative Concrete, LLC | : |
|     Debtor | : |
| | : |
| Legacy Mortgage Asset Trust 2020-GS1 | : |
|     Movant | : |
|     vs. | : |
| Waldo Alfaro | : |
| dba All Decorative Concrete, LLC | : |
| dba Smart Remodeling Solutions, LLC | : |
| Rositsa Manolcheva | : |
| aka Rositsa Alfaro | : |
| dba All Decorative Concrete, LLC | : |
|     Debtor/Respondent | : |
|     and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

**<u>PRAECIPE TO WITHDRAW CREDITOR'S CERTIFICATION OF DEFAULT</u>**

TO THE CLERK:

    Please mark the Certification of Default of Legacy Mortgage Asset Trust 2020-GS, filed on June 14, 2024 at Doc#104, as withdrawn without prejudice.

                                              HLADIK, ONORATO & FEDERMAN, LLP

Date: 07/08/2024                              <u>/s/ Danielle Boyle-Ebersole</u>
                                              Danielle Boyle-Ebersole, Esquire
                                              Attorney I.D. # 81747
                                              Hladik, Onorato & Federman, LLP
                                              298 Wissahickon Avenue
                                              North Wales, PA 19454
                                              Phone 215-855-9521/Fax 215-855-9121
                                              dboyle-ebersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-13619-amc |
| Waldo Alfaro | : Chapter 13 |
| dba All Decorative Concrete, LLC | : |
| dba Smart Remodeling Solutions, LLC | : |
| Rositsa Manolcheva | : |
| aka Rositsa Alfaro | : |
| dba All Decorative Concrete, LLC | : |
|     Debtor | : |
| | : |
| Legacy Mortgage Asset Trust 2020-GS1 | : |
|     Movant | : |
|   vs. | : |
| Waldo Alfaro | : |
| dba All Decorative Concrete, LLC | : |
| dba Smart Remodeling Solutions, LLC | : |
| Rositsa Manolcheva | : |
| aka Rositsa Alfaro | : |
| dba All Decorative Concrete, LLC | : |
|     Debtor/Respondent | : |
| and | : |
| Kenneth E. West, Esquire | : |
|     Trustee/Respondent | : |

## **CERTIFICATE OF MAILING**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Certification of Default to the parties at the addresses shown below. The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

| | | |
|---|---|---|
| Carol B. McCullough, Esquire | Waldo Alfaro | Kenneth E. West, Esquire |
| Via ECF | Rositsa Manolcheva | VIA ECF |
| *Attorney for Debtors* | 675 Eagle Rd. | *Trustee* |
| | Newtown, PA 18940 | |
| | Via First Class Mail | |
| | *Debtors* | |

Date: 07/08/2024

HLADIK, ONORATO & FEDERMAN, LLP
/s / Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com