United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-13619-amc
Waldo Alfaro  Chapter 13
Rositsa Manolcheva
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: May 20, 2025 | Form ID: 138OBJ | Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Waldo Alfaro, Rositsa Manolcheva, 675 Eagle Rd., Newtown, PA 18940-2911 |
| 14538448 | | Berkheimer Tax Adminstator, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 14538449 | | Best Line Leasing, Inc., c/o Christopher Mahoney, Esquire, 2 N State St, Newtown, PA 18940-2027 |
| 14540413 | + | Best Line Leasing, Inc. d/b/a Best Line Equipment, C/O HRISTOPHER S. MAHONEY, Stuckert and Yates, 2 N. State Street, Newtown, PA 18940-2027 |
| 14538457 | | Site Works Consultants, Inc., 6 Village Row Logan Sq, New Hope, PA 18938 |
| 14538458 | | Tadeusz Dlugi and Marta Kazirod, c/o Natalia Teper, Esquire, 112 W Franklin Ave, Pennington, NJ 08534 |
| 14538547 | + | U.S. Bank National Association, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14538459 | | William C. McWilliams, 2419 S Opal St, Philadelphia, PA 19145-4215 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 21 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14538450 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 21 2025 00:14:00 | Internal Revenue Service, 600 Arch St, Philadelphia, PA 19106-1695 |
| 14548719 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 21 2025 00:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14559309 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:14:00 | Legacy Mortgage Asset Trust 2020-GS1, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14825571 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:14:00 | Legacy Mortgage Asset Trust 2020-GS1, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14558870 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 21 2025 00:34:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14538451 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2025 00:14:00 | Pa Department of Revenu, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14538452 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2025 00:14:00 | Pa Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14538453 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2025 00:14:00 | Pa Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14553772 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 21 2025 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |

Case 20-13619-amc   Doc 119   Filed 05/22/25   Entered 05/23/25 00:38:10   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14555209 | | Email/Text: bnc-quantum@quantum3group.com | May 21 2025 00:14:00 | Quantum3 Group LLC as agent for, Cognical Holdings Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14538455 | | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:14:00 | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14538456 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2025 00:15:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14935795 | + | Email/Text: bkteam@selenefinance.com | May 21 2025 00:14:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, SELENE FINANCE LP, ATTN: BK DEPT, 3501 OLYMPUS BLVD, SUITE 500, DALLAS, TX 75019-6295 |
| 14538182 | ^ | MEBN | May 21 2025 00:09:15 | U.S. Bank National Association, as Trustee for MAS, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14547706 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2025 00:15:00 | U.S. Bank National Association, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14559305 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 21 2025 00:14:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14538447 | | 20-13619 |
| 14555973 | | 20-13619 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14555974 | * | Berkheimer Tax Adminstator, PO Box 25144, Lehigh Valley, PA 18002-5144 |
| 14555975 | * | Best Line Leasing, Inc., c/o Christopher Mahoney, Esquire, 2 N State St, Newtown, PA 18940-2027 |
| 14555977 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, PO Box 9052, Andover, MA 01810-9052 |
| 14555976 | *+ | Internal Revenue Service, 600 Arch St, Philadelphia, PA 19106-1695 |
| 14555978 | * | Pa Department of Revenu, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14555979 | * | Pa Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14555980 | * | Pa Department of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14538454 | *+ | Pa Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14555981 | *+ | Pa Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14555982 | * | Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14555983 | * | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14555984 | * | Site Works Consultants, Inc., 6 Village Row Logan Sq, New Hope, PA 18938 |
| 14555985 | * | Tadeusz Dlugi and Marta Kazirod, c/o Natalia Teper, Esquire, 112 W Franklin Ave, Pennington, NJ 08534 |
| 14555986 | * | William C. McWilliams, 2419 S Opal St, Philadelphia, PA 19145-4215 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2025 | Form ID: 138OBJ | Total Noticed: 25 |

Date: May 22, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Rositsa Manolcheva mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Waldo Alfaro mcculloughheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| CHRISTOPHER S. MAHONEY | on behalf of Creditor Best Line Leasing Inc. d/b/a Best Line Equipment cmahoney@stuckertyates.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com |
| KARINA VELTER | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS1 karina.velter@powerskirn.com  bankruptcy@powerskirn.com |
| KARINA VELTER | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage Pass-Through Certificates, Series 2005-HE1 mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Rositsa Manolcheva support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Waldo Alfaro support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services LLC smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2020-GS1 smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 18

*Form 138OBJ* (6/24)−doc 118 − 116

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Waldo Alfaro )   Case No. 20−13619−amc
   dba All Decorative Concrete, LLC )
   dba Smart Remodeling Solutions, LLC )
)    Chapter: 13
   Rositsa Manolcheva )
   aka Rositsa Alfaro )
   dba All Decorative Concrete, LLC
   Debtor(s).

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: May 20, 2025                                            For The Court

                                                                                    Timothy B. McGrath
                                                                                     Clerk of Court