*Form 138FIN* (6/24)–doc 124 – 123

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Waldo Alfaro ) | Case No. 20–13619–amc |
|   dba All Decorative Concrete, LLC ) | |
|   dba Smart Remodeling Solutions, LLC ) | |
| ) | Chapter: 13 |
|   Rositsa Manolcheva ) | |
|   aka Rositsa Alfaro ) | |
|   dba All Decorative Concrete, LLC | |
|   Debtor(s). | |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 16, 2025

For The Court

Timothy B. McGrath
Clerk of Court