United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 20-13619-amc

Waldo Alfaro                                                                      Chapter 13

Rositsa Manolcheva

   Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                 Page 1 of 2

Date Rcvd: Jul 16, 2025                     Form ID: 138FIN                          Total Noticed: 3

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | Waldo Alfaro, Rositsa Manolcheva, 675 Eagle Rd., Newtown, PA 18940-2911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Jul 17 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 17 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANTONIO G. BONANNI | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services  LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| CAROL B. MCCULLOUGH | on behalf of Joint Debtor Rositsa Manolcheva mccullougheisenberg@gmail.com cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor Waldo Alfaro mccullougheisenberg@gmail.com |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Jul 16, 2025 | Form ID: 138FIN | Total Noticed: 3

cbmccullough64@gmail.com;mccullough.carolb124134@notify.bestcase.com

CHRISTOPHER S. MAHONEY

on behalf of Creditor Best Line Leasing  Inc. d/b/a Best Line Equipment cmahoney@stuckertyates.com

DANIELLE BOYLE-EBERSOLE

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 dboyle-ebersole@hoflawgroup.com  ckohn@hoflawgroup.com

DENISE ELIZABETH CARLON

on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage
Pass-Through Certificates, Series 2005-HE1 bkgroup@kmllawgroup.com

KARINA VELTER

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2020-GS1 karina.velter@powerskirn.com  bankruptcy@powerskirn.com

KARINA VELTER

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services  LLC
karina.velter@powerskirn.com, bankruptcy@powerskirn.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST mimcgowan@raslg.com

MICHELLE L. MCGOWAN

on behalf of Creditor U.S. Bank National Association  as Trustee for MASTR Asset Backed Securities Trust 2005-HE1, Mortgage
Pass-Through Certificates, Series 2005-HE1 mimcgowan@raslg.com

PAUL H. YOUNG

on behalf of Joint Debtor Rositsa Manolcheva support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG

on behalf of Debtor Waldo Alfaro support@ymalaw.com
ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

ROBERT BRIAN SHEARER

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST rshearer@raslg.com

SARAH K. MCCAFFERY

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

SARAH K. MCCAFFERY

on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for Legacy
Mortgage Asset Trust 2020-GS1 smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

SARAH K. MCCAFFERY

on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS1 c/o Rushmore Loan Management Services  LLC
smccaffery@friedmanvartolo.com, ckohn@hoflawgroup.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 18

*Form 138FIN* (6/24)–doc 124 – 123

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Waldo Alfaro | ) | Case No. 20–13619–amc |
| dba All Decorative Concrete, LLC | ) | |
| dba Smart Remodeling Solutions, LLC | ) | |
| | ) | Chapter: 13 |
| Rositsa Manolcheva | ) | |
| aka Rositsa Alfaro | ) | |
| dba All Decorative Concrete, LLC | | |
| Debtor(s). | | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: July 16, 2025

For The Court

Timothy B. McGrath
Clerk of Court